IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS E. HOPE                                                    PLAINTIFF

vs.                          CASE NO. **4:04CV01129GH**

ANTHONY J. PRINICIPI, SECRETARY
DEPARTMENT OF VETERANS AFFAIRS                        DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered in favor of defendant. The complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE