IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS E. HOPE                                                                           PLAINTIFF

vs.                                       CASE NO. **4:04CV01129GH**

ANTHONY J. PRINICIPI, SECRETARY
DEPARTMENT OF VETERANS AFFAIRS                               DEFENDANT

## **ORDER**

On February 28, 2007, the Court entered judgment against plaintiff on his discrimination and retaliation claims. Plaintiff has now filed a pro se motion for a new trial.

Plaintiff complains that his attorney did not competently represent him. Counsel was appointed for plaintiff. His appointed counsel, Hani Hashem, had to endure what was at times excessively demanding behavior by plaintiff. His counsel diligently pursued his case Plaintiff cannot blame counsel for dismissal of the case. The errors which plaintiff contends his counsel committed would not have changed the outcome of the trial. He did not prevail because the facts and law did not support him. .

The Court finds that there is no basis for the Court to grant plaintiff a new trial.

Accordingly, the motion for new trial is denied.

IT IS SO ORDERED this 10th day of April, 2007.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE